| | IP | Torrentname | Category | FileHash | Date |
|---|---|---|---|---|---|
| 1. | 67.168.196.52 | Workaholics S03E09 Ders Comes in Handy HDTV x264-FQM[ettv] | TV Series | a7c2743d1dff88ce23100ee78b4e884e3d7cefdd | 2012/08/04 |
| 2. | 67.168.196.52 | Ghost Rider Spirit of Vengeance 2012 R5 BDRip XVID AC3 5 1 HQ Hive-CM8 | Video | f5638502528f1ef4a3b1d16530ca7a9e04ebd767 | 2012/08/04 |
| 3. | 67.168.196.52 | {www.scenetime.com}The.Good.Wife.S03E11.480p.WEB-DL.x264-mSD | TV Series | f5638f0fffa69e902658178855e6f9e782ff2b6b | 2012/08/04 |
| 4. | 67.168.196.52 | [ www.TorrentDay.com ] - Breaking.Bad.S05E03.480p.HDTV.x264-mSD | TV Series | f5639de08584a6da2c4b663ab4574a1ef3f0abaf | 2012/08/04 |
| 5. | 67.168.196.52 | Workaholics.S03E10.720p.WEB-DL.AAC2.0.H.264-Chotab [PublicHD] | TV Series | 8cd73e8515b7e725e8c2c6848998792330f859e7 | 2012/08/05 |
| 6. | 67.168.196.52 | TotalRecall.mkv | Video | 273d62db617e6416be6735fa2b73a28b39608689 | 2012/08/08-2012/08/11 |
| 7. | 67.168.196.52 | Ice Road Truckers S03E10 Ocean Run PDTV XviD | TV Series | 38b6b25d77228701280d03388b20294c5f96118b | 2012/08/10 |
| 8. | 67.168.196.52 | Law.and.Order.Criminal.Intent.S08E16.Revolution.HDTV.XviD-FQM | TV Series | d5fd0d3e627d85ac79552499e05f61402a1db5c4 | 2012/08/11 |
| 9. | 67.168.196.52 | Hell On Wheels S2.E1 (xCrazy0328x) | TV Series | 0f6ee05f243df8105eb34e282ef2444f53f542d7 | 2012/08/17-2012/08/26 |
| 10. | 67.168.196.52 | Shameless | TV Series | 0a04e728df242f52cad635fa5eefad9c84d5362b | 2012/08/28-2012/09/03 |
| 11. | 67.168.196.52 | The Ides of March 2011 DvDRiP XviD-TASTE[EXtraT0rrent] | Video | 597529facf58ca91b95c78bf59b21f75f93ab292 | 2012/09/01-2012/09/03 |
| 12. | 67.168.196.52 | Shameless.US.S02 | TV Series | 59752ad99a0b14fd116f690abf39b4882f4d3aff | 2012/09/01-2012/09/03 |
| 13. | 67.168.196.52 | Californication Season 5 complete 720p | TV Series | ee64886e2178410466602a0516012ba9f4041057 | 2012/09/05-2012/09/08 |
| 14. | 67.168.196.52 | The Dark Knight Rises Ts 2012 XviD-LTRG | Video | 7e2215150a781c5bb6951a0d39cf86b908399b1d | 2012/09/19 |
| 15. | 67.168.196.52 | Radio Helicopter sinpesp www central de roms com | Software | 7e22598eb1e9b5a81ec72c0243ccc50df5dddd2b | 2012/09/19 |
| 16. | 67.168.196.52 | Ice.Road.Truckers.S04E03.Facing.Down.the.Blow.HDTV.Xvi | TV Series | 7e22d9b6307f25ad1a0c2902d68042830e23b168 | 2012/09/19 |

| | | | | | |
|---|---|---|---|---|---|
| | | D-MOMENTUM [NO-RAR] - [ www.torrentday.com ] | | | |
| 17. | 67.168.196.52 | Grateful Dead - Spring 1990 Box Set | Audio | 97a487d105435d2744dadd67d1ac08a8432bcf22 | 2012/09/20-2012/09/25 |
| 18. | 67.168.196.52 | Bobs Burgers - The Complete Season 2 [HDTV] | TV Series | 04e7ab4ec8bff53282542869dfc7e98d49966250 | 2012/10/07-2012/10/08 |
| 19. | 67.168.196.52 | The Avengers 2012 iNTERNAL BDRip XviD-EXViDiNT | Video | c77595a42b7702728d273aa9f5d00f9ccccf4d43 | 2012/10/08 |
| 20. | 67.168.196.52 | Get.The.Gringo.2012.SWESUB.BluRay.720p.DTS.x264-Svennen1234 | Video | ca2c261024e9f271d0abf1c11447c2ba8793a76b | 2012/10/08 |
| 21. | 67.168.196.52 | Get.the.Gringo.2012.1080p.Bluray.x264.anoXmous | Video | e04445b8e0961b9c4497f54090484cf1181301f1 | 2012/10/08 |
| 22. | 67.168.196.52 | Sons Of Anarchy S05E01 Sovereign 720p Web-Dl 375mb MrLss | TV Series | 153ad613b896a08072ebe0f5668969a7f35f74f1 | 2012/10/08-2012/10/11 |
| 23. | 67.168.196.52 | Sons Of Anarchy HDTV S05E04 720p AVCHD-SC-SDH | TV Series | 254758ba08770760ea54a32a7f01b81a5f78965c | 2012/10/08-2012/10/11 |
| 24. | 67.168.196.52 | Sons Of Anarchy S05E03 Laying Pipe 720p Web-Dl 300mb MrLss | TV Series | 84c20ed3085bf708cf25ae5b9b49efdc959c53c5 | 2012/10/08-2012/10/11 |
| 25. | 67.168.196.52 | Sons Of Anarchy HDTV S05E02 720p AVCHD-SC-SDH | TV Series | f1ea810488fff0b42684ee96c79a0877091b2f32 | 2012/10/08-2012/10/11 |
| 26. | 67.168.196.52 | Conan.The.Barbarian.2011.iTALiAN.MD.CAM.XviD-TNZ | Video | 153aadadc9d4ef4381acb43b117b4358033068dd | 2012/10/11 |
| 27. | 67.168.196.52 | Doc Watson-11 cd | Audio | 1f56592806e666e6aa61843875a0a22a1b39211d | 2012/10/12 |
| 28. | 67.168.196.52 | Three Pickers-Earl Scruggs & Doc Watson & Ricky Skaggs-2003 | Audio | d4f39927bb49823810005eacf96f2f6258dfc59b | 2012/10/12 |
| 29. | 67.168.196.52 | VA-DJ_Whiteowl-Rnb_Pt_79-2011-DjLeak | Audio | 564c5ac21334f7a3f9b958327f4c0f4502242b38 | 2012/10/12-2012/10/13 |
| 30. | 67.168.196.52 | [ www.TorrentDay.com ] - Its.Always.Sunny.in.Philadelphia.S08E01.HDTV.x264-EVOLVE | TV Series | 61c8c4444a790ad410453c0504b3f890ccd444e2 | 2012/10/12-2012/10/14 |
| 31. | 67.168.196.52 | Easy A [2010] DvDrip XviD-sunDox | Video | ca2cf3fab645357eeed761a7389b53c3da9e118d | 2012/10/12-2012/10/14 |
| 32. | 67.168.196.52 | Doc Watson and David Grisman - Doc & Dawg | Audio | 2fb2efb59830593179318 99deff8a2226da4c3ef | 2012/10/13 |

| # | IP | Title | Type | Hash | Date |
|---|---|---|---|---|---|
| 33. | 67.168.196.52 | Doc Watson - The Essential Doc Watson | Audio | 564c5b228bad15414e113373cbf1f20f89b6981b | 2012/10/13 |
| 34. | 67.168.196.52 | enemy within 2007 palyback | Video | 9254b277ef773ca4b1142bf372389b38464795f0 | 2012/10/13 |
| 35. | 67.168.196.52 | Home.and.Away.S25E16.Episode.5602.HDTV.XviD-LOL[ettv] | TV Series | 9254b69477160363e9cef3570d1404554b50cae5 | 2012/10/13 |
| 36. | 67.168.196.52 | Doc Watson - Doc Watson on Stage Featuring Merle Watson | Audio | 9254bc1d6af33ec7b65e019bdd736a7e729dacde | 2012/10/13 |
| 37. | 67.168.196.52 | HereAfter 2010 BRRip AC3 XviD - TLS (1) | Video | ca2cf056596f9738f4568561024da08beb3ab018 | 2012/10/13 |
| 38. | 67.168.196.52 | Doc Watson - Memories | Audio | ca2cf5811b3a71da0adc039cecb5084d37a79048 | 2012/10/13 |
| 39. | 67.168.196.52 | Cracked Bot Client Revamp.exe | Software | d4f396a14d925d1a7c954dc2d20f07708b6968a7 | 2012/10/13 |
| 40. | 67.168.196.52 | Doc Watson - The Vanguard Years | Audio | d78ced28fedcd7401c3b0bd4579e07081a1881e9 | 2012/10/13 |
| 41. | 67.168.196.52 | Prometheus | Video | 2d09bda88fb92ebdc140625aa3737294e8e0b228 | 2012/10/14 |
| 42. | 67.168.196.52 | The Walking Dead S3.E1 (xCrazy0328x) | TV Series | 803d2fdcca3f3377dc978ce8c5a7b6f3823a3e07 | 2012/10/17 |
| 43. | 67.168.196.52 | Its.Always.Sunny.in.Philadelphia.S08E02.720p.HDTV.x264-IMMERSE [PublicHD] | TV Series | ba222123c6f422288912206ced6c754f298b9114 | 2012/10/19-2012/10/23 |
| 44. | 67.168.196.52 | Sons of Anarchy S05E06 HDTV x264 + Subtitles [GlowGaze] | TV Series | 8f1319c6fe298ba95b39ae1938ff90f811e1f9fd | 2012/10/23-2012/10/28 |
| 45. | 67.168.196.52 | The Walking Dead S03E02 HDTV x264 + Subtitles [GlowGaze] | TV Series | 4d3e1afa54907ebc1ba92729bfb93cd3c6b05ab2 | 2012/10/23-2012/10/29 |
| 46. | 67.168.196.52 | [ www.TorrentDay.com ] - Superjail.S03E02.HDTV.XviD-AFG | TV Series | 2fb03e7b3d4eaf9b6cec9fbf2e2473f63017c477 | 2012/10/24-2012/10/27 |
| 47. | 67.168.196.52 | {www.scenetime.com}Superjail.S03E04.Stickydischarge.480p.WEB-DL.x264-mSD | TV Series | 80368c133d70a2aae40681b3db76e2c97fcaa3b0 | 2012/10/24-2012/10/27 |
| 48. | 67.168.196.52 | Superjail.S03E02.720p.HDTV.x264-EVOLVE [PublicHD] | TV Series | d666224d40b1a079cf9bb08f8896d350db55ed72 | 2012/10/24-2012/10/27 |
| 49. | 67.168.196.52 | Superjail.S03E03.720p.WEB-DL.AAC2.0.H264-iT00NZ [PublicHD] | TV Series | efec17aa7db1f03907e30f50b32c83c10f442420 | 2012/10/24-2012/10/27 |
| 50. | 67.168.196.52 | [ www.TorrentDay.com ] - Superjail.S03E01.HDTV.XviD-AFG | TV Series | d47897e87f8747694ee29f68877a090cf713eb7b | 2012/10/25-2012/10/27 |
| 51. | 67.168.196.52 | dual31.rar | Software | fae2d68a63e4e8507d69f76cb581013bd0108100 | 2012/10/25- |

| # | IP | Title | Type | Hash | Date |
|---|---|---|---|---|---|
| | | | | | 2012/10/27 |
| 52. | 67.168.196.52 | [ www.TorrentDay.com ] - Its.Always.Sunny.in.Philadelphia.S08E03.HDTV.x264-KILLERS | TV Series | 152d12681d2a325c18a94c0db8e35e0a37555fcc | 2012/10/26-2012/10/29 |
| 53. | 67.168.196.52 | Conan the Barbarian.2011.480p.BluRay.x264-mSD.avi | Video | dc15e2a642d93442057fd558ad732ff84d2ceac7 | 2012/10/29 |
| 54. | 67.168.196.52 | Sons of Anarchy S05E07 HDTV x264 + Subtitles [GlowGaze] | TV Series | 0d6137cbd8837cfb490ba81abd86aff328b7dd31 | 2012/10/29-2012/10/30 |
| 55. | 67.168.196.52 | The Walking Dead S03E03 Season 3 Episode 3 HDTV x264 [GlowGaze] | TV Series | d4c211a977a54377b13cf4ff036f3971c3f13dfa | 2012/10/29-2012/10/30 |
| 56. | 67.168.196.52 | Abraham Lincoln: Vampire Hunter (2012) 1080p BluRay x264 + Subtitles [GlowGaze] | Video | da3fc00226a15dfa0fb6a59d9e770c80a19ffeb7 | 2012/10/29-2012/10/30 |
| 57. | 67.168.196.52 | [ www.Torrenting.com ] - Savages.2012.READNFO.TELESYNC.XviD-iLG [NO RARS] | Video | ec23a2b25c26db937016927fd037aa5a1c12a176 | 2012/10/29-2012/10/30 |
| 58. | 67.168.196.52 | Dexter S7.E2 -MP4- (xCrazy0328x) | TV Series | 67e7946f5bc83bd3c7da5a23dd2ef48b0b877297 | 2012/10/30 |
| 59. | 67.168.196.52 | Dexter S7.E3 (xCrazy0328x) | TV Series | a0fbe5e3e5887e0c8a2a05d6b95feecb91b3f7bb | 2012/10/30 |
| 60. | 67.168.196.52 | Dexter S7.E1 -MP4-(xCrazy0328x) | TV Series | dc15ea4f6ac4b034f26e3d7eb88d081524bf293f | 2012/10/30 |
| 61. | 67.168.196.52 | Dexter S07E05 Season 7 Episode 5 HDTV x264 [GlowGaze] | TV Series | fb77fe4b2731b1f12342a224b976e90140108ec7 | 2012/10/30 |
| 62. | 67.168.196.52 | Dexter S07E04 HDTV x264 + Subtitles [GlowGaze] | TV Series | ffad2fc25a7593473f7a2809f4d824769e1f87fa | 2012/10/30 |
| 63. | 67.168.196.52 | Dexter Season 6 Complete 720p | TV Series | 87eaa17a5e3fb63071b1bd19a03590cdaa739221 | 2012/10/30-2012/11/03 |
| 64. | 67.168.196.52 | rescue.me.404.dsr.xvid.notv.[VTV].avi | TV Series | 0f254f4d5f44311d33f8e4997181488e46b5980a | 2012/11/03 |
| 65. | 67.168.196.52 | [ www.Speed.Cd ] - Its.Always.Sunny.in.Philadelphia.S08E04.PROPER.720p.HDTV.x264-2HD | TV Series | 0f2554f32edade8186c11a3e8f5b65c1f6c6a4f0 | 2012/11/03-2012/11/04 |
| 66. | 67.168.196.52 | Sons of Anarchy S05E08 Season 5 Episode 8 HDTV x264 [GlowGaze] | TV Series | ca10e63b60f1c35cc25bf6a237464483ad4410df | 2012/11/03-2012/11/04 |
| 67. | 67.168.196.52 | The.League.S04E01.HDTV.x264-LOL.mp4 | TV Series | 05c8b366edb3f0f236557bdcfa9acb31fe22115b | 2012/11/04 |
| 68. | 67.168.196.52 | The League S04E03 720p WEB-DL DD5.1 H.264 [PublicHD] | TV Series | 182eeeb28cb25c40540ec5524b9ab5a0f1042e55 | 2012/11/04 |

| # | IP | File | Type | Hash | Date |
|---|---|---|---|---|---|
| 69. | 67.168.196.52 | The Walking Dead S03E04 Season 3 Episode 4 HDTV x264 [GlowGaze] | TV Series | efbb322c764f633950c811029231f1ad470425cd | 2012/11/05 |
| 70. | 67.168.196.52 | Dexter S07E06 Season 7 Episode 6 HDTV x264 [GlowGaze] | TV Series | ff6e77ed7baf9a1ba785812cab8db3bc10852673 | 2012/11/05 |
| 71. | 67.168.196.52 | Dexter.S07E06.Do.the.Wrong.Thing.HDTV.XVID.AVIGUY.avi | TV Series | deb1ffa79ca35840b5c46989d2179c2e580cb547 | 2012/11/05-2012/11/07 |
| 72. | 67.168.196.52 | Sons of Anarchy S05E09 Season 5 Episode 9 HDTV x264 [GlowGaze] | TV Series | 1a73ac723964ddacb891de6d1136633753b708932 | 2012/11/08 |
| 73. | 67.168.196.52 | The.Vow.2012.WORKPRiNT.READNFO.XViD.AC3-ViP3R | Video | 56b91781fcf1aa4ad24bd1feec4d7504f2d04e89 | 2012/11/13 |
| 74. | 67.168.196.52 | Dexter S07E07 Season 7 Episode 7 HDTV x264 [GlowGaze] | TV Series | 1bd2aeafe7dad5dc5ccf21ac6251e5bf7e40bb55 | 2012/11/14-2012/11/19 |
| 75. | 67.168.196.52 | Sons of Anarchy S05E10 Season 5 Episode 10 HDTV x264 [GlowGaze] | TV Series | 753fdf5f92e499dd293d923c1b9b29fb3e4de029 | 2012/11/14-2012/11/19 |
| 76. | 67.168.196.52 | The.League.S04E05.HDTV.x264-LOL.mp4 | TV Series | a58377e07f3c3850d0cc78d12e99d37109a1f649 | 2012/11/15-2012/11/19 |
| 77. | 67.168.196.52 | Its Always Sunny in Philadelphia S08E06 HDTV x264-ASAP[ettv] | TV Series | a24e1b0e388b25c4290329732cf1c258059a6e0c | 2012/11/19-2012/11/20 |
| 78. | 67.168.196.52 | The Campaign 2012 DVDRip XviD-ETRG-ExtraTorrent | Video | 60396b8734609983134d0dfb3c6925748ec71e2e | 2012/11/27 |
| 79. | 67.168.196.52 | { www.SceneTime.com } - Undercover.Boss.US.S02E17.WS.PDTV.XviD-2HD | TV Series | 60396c7e9f849af0e2c2b53b0211598118b4c66d | 2012/11/27 |
| 80. | 67.168.196.52 | Spartacus 2x07 sangre y arena.avi | TV Series | 70ae11de8cd73d796cd6999d2fde9e94287a5f14 | 2012/11/27 |
| 81. | 67.168.196.52 | Dexter S07E09 Season 7 Episode 9 HDTV x264 [GlowGaze] | TV Series | 5264c5aafd4dc1278a4d101e7d662216261149d1 | 2012/11/29-2012/11/30 |
| 82. | 67.168.196.52 | Dexter S07E08 Season 7 Episode 8 HDTV x264 [GlowGaze] | TV Series | 7583dd4b2657f4d28b117a319e42410c2b0b679a | 2012/11/29-2012/11/30 |
| 83. | 67.168.196.52 | Sons of Anarchy S05E11 Season 5 Episode 11 HDTV x264 [GlowGaze] | TV Series | 9284e7f935803e6cf84e956f6f7c6f4510239ea5 | 2012/11/29-2012/11/30 |
| 84. | 67.168.196.52 | Sons of Anarchy S05E12 PROPER HDTV x264-2HD [MyTV].mp4 | TV Series | c05c079373efbe118c8f166e11b5e62d5abb09e7 | 2012/11/29-2012/11/30 |
| 85. | 67.168.196.52 | The.League.S04E06.HDTV.x264-LOL.mp4 | TV Series | feada952e8e621f5710dee6bd56c0418472f401b | 2012/11/29- |

| # | IP | File | Type | Hash | Date |
|---|---|---|---|---|---|
| | | | | | 2012/11/30 |
| 86. | 67.168.196.52 | The.League.S04E07.HDTV.x264-LOL.mp4 | TV Series | 557bd73cd51a43e67ae1c78dce8ffcac99ade1d7 | 2012/11/30 |
| 87. | 67.168.196.52 | Its.Always.Sunny.in.Philadelphia.S08E07.HDTV.x264-2HD.mp4 | TV Series | ef63d1a6a9a0abdbcd565e8b2974fb6bd27be4fb | 2012/11/30 |
| 88. | 67.168.196.52 | The Expendables (2012) | Video | ce6d0161d3b5931fbc28c9445030a51218154960 | 2012/12/01-2012/12/04 |
| 89. | 67.168.196.52 | Savages (2012) 720p BluRay x264 + Subtitles [GlowGaze] | Video | 390fcb275fcd2bc6f259e40e2be145d76c2b66fb | 2012/12/01-2012/12/08 |
| 90. | 67.168.196.52 | Maximum Conviction (2012) 1080p BluRay x264 + Subtitles [GlowGaze] | Video | 44b40357aa75768c4ff912c693ed319a0220fd99 | 2012/12/01-2012/12/08 |
| 91. | 67.168.196.52 | The Watch (2012) 720p BluRay x264 + Subtitles [GlowGaze] | Video | 7e9bc15c668e3c00ac2a7805caf565dc282bca32 | 2012/12/01-2012/12/08 |
| 92. | 67.168.196.52 | 9200.16384.120725-1247_x64frev_Enterprise_VL_HRM_CENA_X64FREV_EN-US_DVD.iso | Software | 124c1b84f401a8c6653434243e2edfbe0deea980 | 2012/12/04 |
| 93. | 67.168.196.52 | The Walking Dead S03E08 720p Web-Dl 275mb MrLss | TV Series | 0767371df9c3c319d67e3a3978151d637c952b02 | 2012/12/10-2012/12/13 |
| 94. | 67.168.196.52 | Vrijdag.Met.Vrienden.S01E01.NL.x264-SHOWGEMiST | TV Series | 076733b271ba3aa45362173f0a560f5441dbda9e | 2012/12/11 |
| 95. | 67.168.196.52 | Dexter S07E11 Season 7 Episode 11 HDTV x264 [GlowGaze] | TV Series | e4654f015105d89d6cd1d435a240e9cf205dbbd8 | 2012/12/11-2012/12/12 |
| 96. | 67.168.196.52 | The.League.S04E09.720p.HDTV.X264-DIMENSION [PublicHD] | TV Series | 0230a49a708ff3dcb551ced83743ad4119a7ce26 | 2012/12/11-2012/12/13 |
| 97. | 67.168.196.52 | Sons of Anarchy S05E13 Season 5 Episode 13 HDTV x264 [GlowGaze] | TV Series | 044879fdfcee630e06b4ef6eaf040508d2db46e6 | 2012/12/11-2012/12/13 |
| 98. | 67.168.196.52 | Dexter S07E10 Season 7 Episode 10 HDTV x264 [GlowGaze] | TV Series | 99d819dbb664fb8caeb8bc43acb30c82e90ede73 | 2012/12/11-2012/12/13 |
| 99. | 67.168.196.52 | The.League.S04E08.720p.HDTV.X264-DIMENSION [1337x] | TV Series | 9f9e958e99278540e1c4214e51e2caa0a60ef936 | 2012/12/11-2012/12/13 |
| 100. | 67.168.196.52 | The Campaign-Extended [2012]-480p-BRrip-x264- | Video | 00c875c355d42e4806278f62843c7e85ff898071 | 2012/12/13- |

| # | IP | Title | Type | Hash | Date |
|---|---|---|---|---|---|
| | | StyLishSaLH (StyLish Release) | | | 2012/12/14 |
| 101. | 67.168.196.52 | The Bourne Legacy 2012 720p BrRip x264 [Dual-Audio] Eng-Hin(5.1) NimitMak SilverRG | Video | 4594cfa4666a0384a9d1b4eae820cb22c3fbe87d | 2012/12/13-2012/12/14 |
| 102. | 67.168.196.52 | Its.Always.Sunny.In.Philadelphia.S08E09.The Gang Dines Out.HDTV.XVID-AVIGUY.avi | TV Series | 6a0e966909feed1cac61507dba330c3bda8def83 | 2012/12/14 |
| 103. | 67.168.196.52 | Safe 2012 720p -LowOrbit-.m4v | Video | b42ba6067979ae8f5cb5823e4aef7d357a574d21 | 2012/12/14 |
| 104. | 67.168.196.52 | AHS S02E03 720p Web-Dl 275mb MrLss | TV Series | 01bade20a1ae05d5e32a93b292d21dba35aeb339 | 2012/12/16 |
| 105. | 67.168.196.52 | American.Horror.Story.S02E09.The.Coat.Hanger.720p.WEB.DL.x264-mRS.mkv | TV Series | 0322db2f318c06078f16ac4102d65eee3d552010 | 2012/12/16 |
| 106. | 67.168.196.52 | American Horror Story S02E08 Unholy Night 720p WEB-DL DD5.1 H.264 -mRS.mkv | TV Series | 81d4299079eb0c717cdc71adab3557da52831323 | 2012/12/16 |
| 107. | 67.168.196.52 | AHS S02E05 480p HDTV 150MB MrLss | TV Series | 87b5e1ea2b5489e396b9c67327e8ab7d210cca01 | 2012/12/16 |
| 108. | 67.168.196.52 | American_Horror_Story_S02E02_Tricks_and_Treats_720p_WEB-DL_DD5.1_H.264_-_HoodBag.mkv | TV Series | 98c0c01333df07d350f2cc5038431924d76b39fd | 2012/12/16 |
| 109. | 67.168.196.52 | AHS S02E01 720p Web-Dl 275mb MrLss | TV Series | aefc5c7a8e755d077e81999b17f0d27d88c471b2 | 2012/12/16 |
| 110. | 67.168.196.52 | American.Horror.Story.S02E07.720p.HDTV.X264-DIMENSION.mkv | TV Series | bb22a6521db38197a7d956babcd6f7079c62652d | 2012/12/16 |
| 111. | 67.168.196.52 | American Horror Story S02E04 I Am Anne Frank Part 1 720p WEB-DL DD-mRS.mkv | TV Series | d81bb62715d502174cc3c77ef3901bd89c72a6c1 | 2012/12/16 |
| 112. | 67.168.196.52 | American.Horror.Story.S02E06.720p.HDTV.X264-DIMENSION.mkv | TV Series | fe7cc4aa11b9273de06ea4311df3394101ec6647 | 2012/12/16 |
| 113. | 67.168.196.52 | The.League.S04E10.HDTV.x264-LOL.mp4 | TV Series | dbe68ea2dea0b6b54fde8cb0bbf3142f83f5bfdf | 2012/12/18 |
| 114. | 67.168.196.52 | The.League.S04E11.HDTV.x264-LOL.mp4 | TV Series | ddb04c788484f8a9838b368ecb6165ffc69f1452 | 2012/12/18 |
| 115. | 67.168.196.52 | Dexter.S07E12.720p.HDTV.x264-mRS.mkv | TV Series | 85bceda8c7c77614f259f8832a2f70d88b9682c4 | 2012/12/18-2013/01/10 |
| 116. | 67.168.196.52 | Heat-720p MP4 AAC x264 BRRip 1995-CC | Video | 12708f11903723e74135d2d64e31273cae4d0e1b | 2012/12/21 |
| 117. | 67.168.196.52 | Sleepwalk with Me (2012) BRRip x264 720p - MrKickASS | Video | 57e2abe11006fd26f050dc64682aa4686b8f7eff | 2012/12/21 |

| # | IP | File | Type | Hash | Date |
|---|---|---|---|---|---|
| 118. | 67.168.196.52 | FARGO 1996 720p BRRip Zeberzee | Video | d4d9ddea0ad6c2b888047f3d9979a685aa116298 | 2012/12/21 |
| 119. | 67.168.196.52 | Its.Always.Sunny.in.Philadelphia.S08E09.HDTV.x264-ASAP.mp4 | TV Series | ed96e26a5b60967143eee7e07e28c8d7aa1c0dd2 | 2012/12/21 |
| 120. | 67.168.196.52 | [ www.TorrentDay.com ] - The.League.S04E12.480p.HDTV.x264-mSD | TV Series | 2c7a69ab45efcc39801a3d473b872c04e3d49fef | 2012/12/22 |
| 121. | 67.168.196.52 | [ www.TorrentDay.com ] - Its.Always.Sunny.in.Philadelphia.S08E10.REPACK.480p.HDTV.x264-mSD | TV Series | 478d6e92ee94e38337d17c0a8edb6fd6bdf78cf1 | 2012/12/22 |
| 122. | 67.168.196.52 | [ www.TorrentDay.com ] - The.League.S04E13.480p.WEB-DL.x264-mSD | TV Series | c53fcc8d6522014bc3104cecdffc1ba24621bb9e | 2012/12/22 |
| 123. | 67.168.196.52 | American.Horror.Story.S02E10.720p.HDTV.X264-DIMENSION.mkv | TV Series | ec54fef82b75678c9c89d453e3d35217bde1b4ea | 2013/01/04-2013/01/07 |
| 124. | 67.168.196.52 | Justified.S01-S03.Complete | TV Series | f8e8adaa0b10ed767047ca7aea6376ce73069c9f | 2013/01/07 |
| 125. | 67.168.196.52 | Its.Always.Sunny.in.Philadelphia.S08E10.HDTV.x264-2HD.mp4 | TV Series | 6b7ecdb5a4bbfe20a50118453a7afa68d4e4d949 | 2013/01/07-2013/01/10 |
| 126. | 67.168.196.52 | American Horror Story S02E11 720p Web-Dl 275mb mRS | TV Series | 7eb71474313e105fe9c65d73f20f2174e61f75fd | 2013/01/12-2013/01/16 |
| 127. | 67.168.196.52 | Californication.S06E01.HDTV.x264-EVOLVE.mp4 | TV Series | 9d6bb7f4261ae70ccd670a36e580efc4b0a6792c | 2013/01/15-2013/01/16 |
| 128. | 67.168.196.52 | Shameless.US.S03E01.HDTV.XviD-AFG | TV Series | 9e8fb9ffda987334fcd84a6f60e53e9eaf31e5dc | 2013/01/15-2013/01/16 |
| 129. | 67.168.196.52 | American.Horror.Story.S02E012.[1080i][5.1][TS][Secludedly] | TV Series | 03571224cdc23ea42524d30668fd4d7e87fdd82e | 2013/01/17-2013/01/18 |
| 130. | 67.168.196.52 | Workaholics.S04E01.HDTV.XviD-AFG | TV Series | 541e536dfbe3747b7a17df504d66b849363bd97c | 2013/01/17-2013/01/18 |
| 131. | 67.168.196.52 | Californication.S06E02.720p.HDTV.x264-IMMERSE.mkv | TV Series | 007e5f31f949ec5b6813a9c898c0e1ad5ad0c976 | 2013/01/21-2013/01/23 |
| 132. | 67.168.196.52 | Shameless US S03E02 HDTV x264-ASAP[ettv] | TV Series | 262a107da1dddf3293e13d1ee54078db275f5aeb | 2013/01/23 |
| 133. | 67.168.196.52 | The.Following.S01E01.1080p.WEB-DL.DD5.1.H.264-KiNGS | TV Series | b61f97c95229bc0eee53c02ee6b237ca55183cff | 2013/01/23 |

| # | IP | File | Type | Hash | Date |
|---|---|---|---|---|---|
| | | [PublicHD] | | | |
| 134. | 67.168.196.52 | Workaholics.S03E12.REPACK.HDTV.x264-2HD.mp4 | TV Series | 8a16727e52ac11b3ec137487bc2c1372d9042c29 | 2013/01/24 |
| 135. | 67.168.196.52 | American.Horror.Story.S02E13.HDTV.x264-LOL.mp4 | TV Series | 90022ed4ae12f69af1a239ad8fce2ad61b0250f1 | 2013/01/24 |
| 136. | 67.168.196.52 | [ www.Torrenting.com ] - Taken.2.2012.UNRATED.DVDRip.XviD.AC3.iNT-iTCH | Video | 7aab497f2652cfea3f4fe75ebcc87046b4bb9faf | 2013/01/25-2013/02/01 |
| 137. | 67.168.196.52 | The Following S01E02 480p HDTV 150mb mRS | TV Series | 07e87698ec846e4d345d11ffdb48f1a02b4524ca | 2013/01/31-2013/02/01 |
| 138. | 67.168.196.52 | Californication.S06E03.HDTV.x264-ASAP.mp4 | TV Series | 32136c33aedcb9a8f1ac23d18619fc9d09254bea | 2013/01/31-2013/02/01 |
| 139. | 67.168.196.52 | Workaholics.S03E13.HDTV.x264-2HD.mp4 | TV Series | d1b27485292aeca4c5f27524e3afda7ae993edf6 | 2013/01/31-2013/02/01 |
| 140. | 67.168.196.52 | Luther | TV Series | 81ebc169fa853abc9b5aea37696a60a06c025574 | 2013/02/01 |
| 141. | 67.168.196.52 | Treme Season 1 & 2 + Extras DVDRip HDTV TSV | TV Series | d53b72dabc6fffc4bff1346ebb34c0bdd2730c34 | 2013/02/01 |
| 142. | 67.168.196.52 | Lincoln (2012).DvDRip.XviD-HDTV | Video | 6f5af938be78719c80f2e41430fcdaeb89e92131 | 2013/02/07 |
| 143. | 67.168.196.52 | The.Following.S01E03.HDTV.Subtitulado.Esp.SC.avi | TV Series | d147fea32363ca35fc2ab1066c330ce403c602d6 | 2013/02/09 |
| 144. | 67.168.196.52 | Shameless.US.S03E03.HDTV.x264-ASAP.[VTV].mp4 | TV Series | eb5c7f8196a860dccdee0f0c9b6eeac681c905fb | 2013/02/09 |
| 145. | 67.168.196.52 | [ www.TorrentDay.com ] - Californication.S06E03.HDTV.x264-ASAP | TV Series | 1f7b69ae5c2a1154a146865dbac2ddb287529e46 | 2013/02/09-2013/02/17 |
| 146. | 67.168.196.52 | Shameless.US.S03E04.HDTV.x264-2HD.[VTV].mp4 | TV Series | 7732b58ede12fbe795ff863bdea72ab139c5f52a | 2013/02/12 |
| 147. | 67.168.196.52 | Californication.S06E05.720p.HDTV.x264-EVOLVE.mkv | TV Series | f2af8d85088e590528e0f78d26d6f3e91e45663a | 2013/02/12-2013/02/13 |
| 148. | 67.168.196.52 | Broken City 2013 DVDRip XViD-MELL | Video | 9de889d871aad855b67d02c4bfba9a2af45a10d4 | 2013/02/15 |
| 149. | 67.168.196.52 | [ www.TorrentDay.com ] - Workaholics.S03E14.Fourth.and.Inches.480p.WEB-DL.x264-mSD | TV Series | 433751bf1246aed4f798890d8cad94d21f7d5607 | 2013/02/15-2013/02/16 |
| 150. | 67.168.196.52 | Workaholics.S03E15.HDTV.XviD-AFG | TV Series | af2077f807ab80829c1ae70ecbdd456f858309c2 | 2013/02/15-2013/02/16 |
| 151. | 67.168.196.52 | Shameless.US.S03E05.HDTV.x264-2HD.mp4 | TV Series | 4d3076a97f2901ffbc45868a8b8d93ea917c1bd2 | 2013/02/18 |

| # | IP | File | Type | Hash | Date |
|---|---|---|---|---|---|
| 152. | 67.168.196.52 | The Walking Dead 3x10 Hogar [MicroHD-AC3].mkv | TV Series | c62192c9a3fd6e65b349086e993f6f1f75475308 | 2013/02/20 |
| 153. | 67.168.196.52 | Looper (2012) [1080p] {5.1} | Video | 3256a996bf94288c9bc52d28b9bf0cb35727cf2a | 2013/02/21 |
| 154. | 67.168.196.52 | [ www.TorrentDay.com ] - The.Walking.Dead.S03E10.480p.HDTV.x264-mSD | TV Series | 0cf8969a0c99ce7b12820b87b05140b2d42ffcbf | 2013/02/21-2013/02/23 |
| 155. | 67.168.196.52 | Argo (2012) BRRip x264 720p - MrKickASS | Video | 15c96cc3862b29715eff137de7a899b74bbc7d25 | 2013/02/21-2013/02/23 |
| 156. | 67.168.196.52 | Skyfall 2012 1080p BrRip x264 Dual-Audio [English-Hindi 5.1] NimitMak SilverRG | Video | c656f609d434d9373ccfdef3c8301573b985c73a | 2013/02/21-2013/02/23 |
| 157. | 67.168.196.52 | Flight (2012) BRRip x264 720p - MrKickASS | Video | c99f538ac40474325970193ab7353dbf341e1d1f | 2013/02/21-2013/02/23 |
| 158. | 67.168.196.52 | Mos Def - We Are Hip Hop (4CD)(2002)[320] | Audio | 12b1b4753776aabd2c85d57e9123bc8d6981a7bb | 2013/02/23-2013/02/27 |
| 159. | 67.168.196.52 | John Legend & The Roots - Wake Up! (Deluxe) [MP3-320][MJN] | Audio | dedee2898d894055c4e4e9c2f87572be4f14c8d6 | 2013/02/26 |
| 160. | 67.168.196.52 | Shameless.US.S03E06.HDTV.x264-ASAP.mp4 | TV Series | 954aeb22d322eba2c72b62f837e00d9d6b6d46a9 | 2013/02/26-2013/02/27 |
| 161. | 67.168.196.52 | [ www.TorrentDay.com ] - The.Walking.Dead.S03E11.HDTV.XviD-AFG | TV Series | 79e76071914b51d2b18ff61f3db3fbae7741a246 | 2013/02/27 |
| 162. | 67.168.196.52 | Immortal technequie -The Martyr | Audio | 254dc05696cb2375ae763f565cc48a8c6592a5fd | 2013/02/28 |
| 163. | 67.168.196.52 | Workaholics.S03E17.REPACK.HDTV.x264-2HD.mp4 | TV Series | c58eb39fcaddefc22181c3322927b6d612beffd1 | 2013/03/01-2013/03/02 |
| 164. | 67.168.196.52 | [ www.TorrentDay.com ] - Arrow.S01E06.HDTV.x264-LOL | TV Series | 43f4c7c8c64d7c9cf0419ada65d790af4a78c4cd | 2013/03/02 |
| 165. | 67.168.196.52 | MagicISO 5.4 | Software | cfd6c60d96d2bc84205662a703d127a9f00e5741 | 2013/03/04 |
| 166. | 67.168.196.52 | Shameless.US.S03E07.HDTV.x264-EVOLVE.mp4 | TV Series | 4efdf246c7eae85c30b7cb98d617176b85db2ff5 | 2013/03/05 |
| 167. | 67.168.196.52 | Californication.S06E08.720p.HDTV.x264-2HD.mkv | TV Series | 937f2aff776750d15ef65ddb8e6892f59e70e4ba | 2013/03/05 |
| 168. | 67.168.196.52 | The.Walking.Dead.S03E12.720p.HDTV.x264-EVOLVE.mkv | TV Series | c5ccde7f847bb73bec900bb2349995e49b254aba | 2013/03/05 |
| 169. | 67.168.196.52 | The Gatekeepers (2012) TS NEW SOURCE x264 AAC-UNiQUE | Video | 2ca838cb06e074c0e55fdcde615761ec3d84f160 | 2013/03/07 |

| # | IP | File | Type | Hash | Date |
|---|---|---|---|---|---|
| 170. | 67.168.196.52 | Workaholics.S03E18.HDTV.x264-2HD.mp4 | TV Series | 40d79713c24337e197c337e2bdd36b2ce0e8db52 | 2013/03/07 |
| 171. | 67.168.196.52 | The Gatekeepers.2012.Documentary.DVDRip.XviD | Video | 603704fb7cf949ced54c71e83efea3c6e1c75f73 | 2013/03/07 |
| 172. | 67.168.196.52 | The Gatekeepers 2012 BRRip XVID AC3 MAXSPEED | Video | 9df4cced1bb1bab1cc5e7a8b2673e91cce390a77 | 2013/03/07 |
| 173. | 67.168.196.52 | The Gatekeepers (2012) TS NL subs DutchReleaseTeam.avi | Video | ec40726fda4dc1a7511457cf56122197560b681f | 2013/03/08 |
| 174. | 67.168.196.52 | Tommy Körberg | Audio | ebf5012e23a555ba29fb60e13cfe4c2961c1e9ff | 2013/03/11 |
| 175. | 67.168.196.52 | The.Walking.Dead.S03E13.720p.HDTV.x264-EVOLVE.mkv | TV Series | d84a67abe3d404136a732da42768e1207821dd2f | 2013/03/11-2013/03/15 |
| 176. | 67.168.196.52 | Shameless US S03E08 HDTV x264-EVOLVE[ettv] | TV Series | a9ae58fc4f5ee338487c5787c12131ca17a93748 | 2013/03/11-2013/03/16 |
| 177. | 67.168.196.52 | American.Dad.S08E11.HDTV.x264-LOL.mp4 | TV Series | 1d7c6867eb4e458e86e9ec4b107272a415eec52d | 2013/03/14 |
| 178. | 67.168.196.52 | American.Dad.S08E12.HDTV.x264-LOL.mp4 | TV Series | 44d7b546dfb467c5bfe0cb2d1717f675202cfb74 | 2013/03/14 |
| 179. | 67.168.196.52 | American Dad - Season 7 (79MB HighQuality) (Complete) [Luke1382] | TV Series | 47ec6e12a8dcc98cbc54eb57f563ac77353a1c91 | 2013/03/14 |
| 180. | 67.168.196.52 | American.Dad.S08E09.HDTV.x264-LOL.mp4 | TV Series | 6e58a483db8830e2d14585616315fd4b5460fe8e | 2013/03/14 |
| 181. | 67.168.196.52 | American.Dad.S08E05.HDTV.x264-LOL.mp4 | TV Series | eee46d46974627bbee0ec9e9b564ea6adc3701ad | 2013/03/14 |
| 182. | 67.168.196.52 | American.Dad.S08E04.HDTV.x264-LOL.mp4 | TV Series | fc54ff64ef52a0ee4fd6ec231a1ec5bd3cb74ef3 | 2013/03/14 |
| 183. | 67.168.196.52 | American.Dad.S08E01.HDTV.x264-LOL.mp4 | TV Series | 710fdf6344493d2fd075639fe7137b18365a7b8e | 2013/03/14-2013/03/15 |
| 184. | 67.168.196.52 | Californication.S06E09.720p.HDTV.x264-2HD.mkv | TV Series | 7970e3b9c3cc599405aa7f59e419993b23d4f41a | 2013/03/14-2013/03/16 |
| 185. | 67.168.196.52 | Iron Maiden-01-The Reincarnation Of Benjamin Breeg.mp3 | Audio | 58013db317d5a0acd4002e1212ddf38dd9391d27 | 2013/03/15 |
| 186. | 67.168.196.52 | American.Dad.S08E13.HDTV.x264-LOL.mp4 | TV Series | 9d2a0d485368fed80e1200063aa2fec8aaef86cc | 2013/03/15 |
| 187. | 67.168.196.52 | American.Dad.S08E06.HDTV.x264-LOL.mp4 | TV Series | df665f6b691bdece8c75bd3cbc449235ad0cd62d | 2013/03/15 |
| 188. | 67.168.196.52 | Workaholics.S03E19.HDTV.x264-EVOLVE.mp4 | TV Series | fdeb12747259faa4ac512600926a909a10d2c2a8 | 2013/03/15 |
| 189. | 67.168.196.52 | Xbox - RLT - Fireblade.rar | Software | 0fcd56535a9184794e99eeb4f54866591950d5b5 | 2013/03/18 |
| 190. | 67.168.196.52 | The Walking Dead S03E14 HDTV XviD-Snake[ettv] | TV Series | 48984254370c20f372c676594c107ae699c33a72 | 2013/03/18 |

| # | IP | File | Type | Hash | Date |
|---|---|---|---|---|---|
| 191. | 67.168.196.52 | Shameless.US.S03E09.HDTV.x264-ASAP.mp4 | TV Series | a8e09adc5b29bf9b591cacb7ebe726aa553518ac | 2013/03/18 |
| 192. | 67.168.196.52 | Californication S06E10 HDTV x264-2HD[ettv] | TV Series | fb291bf2af6f28591a19c00773177a4ad0e32cb9 | 2013/03/18 |
| 193. | 67.168.196.52 | [ www.TorrentDay.com ] - The.Bad.Girls.Club.S10E10.PDTV.x264-YesTV | TV Series | f8dbae38839ae9872352621c121fce97caabc802 | 2013/03/20-2013/03/21 |
| 194. | 67.168.196.52 | The.Bad.Girls.Club-S10E10-MikeIke.mp4 | TV Series | 71869936dce500f0e57368d514153e1acde2959b | 2013/03/21 |
| 195. | 67.168.196.52 | Workaholics.S03E20.HDTV.x264-EVOLVE.mp4 | TV Series | a2b8ff2f4daa5f9619368349761a1ab5722b1606 | 2013/03/21 |