

Your

Ad

Here

Contact

Ads@GlowGaze.Com

**GlowGaze**

**Don't know how to download? CLICK HERE!**

Forums | Latest | Movies | TV Series | Songs & Music | TV Shows | Software | Contact Us

Search

**Coming Up**

| Warm Bodies (2013) 720p WEB-DL x264 + Subtitles | Hansel & Gretel Witch Hunters 1080p BluRay x264 | A Good Day to Die Hard (2013) 720p WEB-DL + Subs | Hansel & Gretel Witch Hunters 720p BluRay + Subs |
|---|---|---|---|
|  |  |  |  |
| Comedy \| Horror \| Romance<br>IMDb Rating: 7.2/10<br>Gross: $116,980,662 | Action \| Fantasy \| Horror<br>IMDb Rating: 6.3/10<br>Gross: $223,903,475 | Action \| Crime \| Thriller<br>IMDb Rating: 5.6/10<br>Gross: $303,196,411 | Action \| Fantasy \| Horror<br>IMDb Rating: 6.3/10<br>Gross: $223,903,475 |
| Views: 118,358 [ Movies ] | Views: 20,678 [ Movies ] | Views: 154,416 [ Movies ] | Views: 61,551 [ Movies ] |
| **Escape from Planet Earth (2013) 720p BluRay + Subs** | **Iron Man 3 (2013) DVD-R6 + Online Streaming + SAMPLE** | **I Give It a Year (2013) 720p BluRay x264 + Streaming** | **Side Effects (2013) 720p BluRay + Stream + Subtitles** |
|  |  |  |  |
| Animation \| Adventure \| Comedy<br>IMDb Rating: 5.2/10<br>Gross: $66,144,913 | Action \| Adventure \| Sci-Fi<br>IMDb Rating: 7.8/10<br>Gross: $948,993,000 | Genre: Comedy \| Romance<br>IMDb Rating: 6.2/10<br>Gross: $11,683,064 | Crime \| Drama \| Thriller<br>IMDb Rating: 7.3/10<br>Gross: $32,093,392 |
| Views: 97,178 [ Movies ] | Views: 353,475 [ Movies ] | Views: 170,843 [ Movies ] | Views: 197,829 [ Movies ] |
| **Parker (2013) 1080p BluRay x264 + Subtitles** | **Stand Up Guys (2013) 720p BluRay + Stream + Subs** | **Quartet (2013) 720p BluRay + Streaming + Subtitles** | **Dark Skies (2013) 720p BluRay + Streaming + Subs** |
|  |  |  |  |
| Action \| Crime \| Thriller<br>IMDb Rating: 6.3/10<br>Budget: $35,000,000 | Genre: Comedy \| Crime<br>IMDb Rating: 6.5/10<br>Budget: $15,000,000 | Genre: Comedy \| Drama<br>IMDb Rating: 6.8/10<br>Gross: $53,764,317 | Horror \| Sci-Fi \| Thriller<br>IMDb Rating: 6.2/10<br>Gross: $18,583,031 |
| Views: 52,723 [ Movies ] | Views: 84,232 [ Movies ] | Views: 63,106 [ Movies ] | Views: 82,889 [ Movies ] |
| **Hansel & Gretel Witch Hunters DVDRip + Subtitles** | **The Numbers Station (2013) 720p BluRay + Subtitles** | **Beautiful Creatures (2013) 720p BluRay + Subtitles** | **Parker (2013) 720p BluRay + Streaming + Subtitles** |
|  |  |  |  |
| Action \| Fantasy \| Horror<br>IMDb Rating: 6.3/10<br>Gross: $223,903,475 | Genre: Action \| Thriller<br>IMDb Rating: 5.3/10<br>Metascore: 39/100 | Drama \| Fantasy \| Romance<br>IMDb Rating: 6.1/10<br>Gross: $60,052,138 | Action \| Crime \| Thriller<br>IMDb Rating: 6.3/10<br>Budget: $35,000,000 |
| Views: 228,570 [ Movies ] | Views: 128,504 [ Movies ] | Views: 107,290 [ Movies ] | Views: 248,332 [ Movies ] |
| **Maniac (2012) 720p BluRay + Streaming + Subtitles** | **Texas Chainsaw 3D (2013) 720p BluRay + Subtitles** | **Beautiful Creatures (2013) 720p WEBRip + Subtitles** | **Texas Chainsaw 3D (2013) 720p WEBRip + Subtitles** |

EXHIBIT 2

Case 3.13-cv-00839-AA    Document 1-2    Filed 05/17/13    Page 2 of 2    Page ID#: 25



Crime | Horror | Thriller
IMDb Rating: 6.6/10
Budget: $6,000,000
Views: 119,560 [ **Movies** ]

Genre: Horror | Thriller
IMDb Rating: 5.0/10
Gross: $34,341,945
Views: 84,285 [ **Movies** ]

Drama | Fantasy | Romance
IMDb Rating: 6.1/10
Gross: $60,052,138
Views: 108,767 [ **Movies** ]

Genre: Horror | Thriller
IMDb Rating: 5.0/10
Gross: $34,341,945
Views: 28,331 [ **Movies** ]

**Parental Guidance (2012) 1080p BluRay + Subtitles**

**The Guilt Trip (2012) 1080p BluRay x264 + Subtitles**

**The Last Stand (2013) 1080p BluRay x264 + Subtitles**

**Safe Haven (2013) 1080p BluRay x264 + Subtitles**

Genre: Comedy
IMDb Rating: 5.8/10
Gross: $119,629,140
Views: 33,162 [ **Movies** ]

Genre: Comedy
IMDb Rating: 5.6/10
Gross: $41,030,582
Views: 42,279 [ **Movies** ]

Action | Crime | Thriller
IMDb Rating: 6.9/10
Gross: $36,017,107
Views: 67,077 [ **Movies** ]

Drama | Mystery | Romance
IMDb Rating: 6.3/10
Gross: $70,915,411
Views: 52,408 [ **Movies** ]

**Mama (2013) 1080p BluRay x264 + Subtitles**

**Movie 43 (2013) 720p BluRay + Streaming + Subtitles**

**Safe Haven (2013) 720p BluRay + Streaming + Subs**

**Movie 43 (2013) DVDRip + Subtitles**

Genre: Horror
IMDb Rating: 6.5/10
Gross: $135,828,180
Views: 44,303 [ **Movies** ]

Genre: Comedy
IMDb Rating: 4.4/10
Gross: $29,926,388
Views: 109,394 [ **Movies** ]

Drama | Mystery | Romance
IMDb Rating: 6.3/10
Gross: $70,915,411
Views: 126,194 [ **Movies** ]

Genre: Comedy
IMDb Rating: 4.4/10
Gross: $29,926,388
Views: 80,532 [ **Movies** ]

**Mama (2013) 720p BluRay + Streaming + Subtitles**

**The Company You Keep (2012) 720p BluRay + Stream**

**The Last Stand (2013) 720p BluRay + Stream + Subtitles**

**Hyde Park on Hudson (2012) 720p BluRay + Subtitles**

Genre: Horror
IMDb Rating: 6.5/10
Gross: $135,828,180
Views: 83,688 [ **Movies** ]

Genre: Thriller
IMDb Rating: 6.3/10
Budget: $2,000,000
Views: 189,368 [ **Movies** ]

Action | Crime | Thriller
IMDb Rating: 6.9/10
Gross: $36,017,107
Views: 236,014 [ **Movies** ]

Biography | Comedy | Drama
IMDb Rating: 5.7/10
Gross: $8,887,603
Views: 56,613 [ **Movies** ]

1  2  3  4  5  6  7  8  9  10    Next >>

All rights reserved. Copyright © 2013 GlowGaze.Com

All Rights Reserved © 2013 GlowGaze                    Designed By: Alfred & Notorious

EXHIBIT 2                              Page   2 of 2