

**Login** - **Sign up**
**Forgot your password?**

## Sorry, the site is currently invite only.

**Torrentday.com** is now an invite only site. If you are lucky you might have a friend who wants to invite you! We just want to see how many cheaters will start respecting their accounts after they realize they can't just come back in and get another one.

Please be careful about who you invite to the site, if we think you knowingly invited a cheater both yours and the person you invited accounts will be disabled.

If you want an invite and you know someone who has one, its up to you to contact them to give you an invite we do not relay messages to users.

Currently we have some membership slots reserved for Donors.
You can Donate 12$ and get a VIP account and will get 1 free invite to invite friend or loved ones to become a Torrentday member.

After you completed the donation proccess you will recieve an email by TD system.
so please provide a valid email address or else you will not reiceve the account activation link.

Choosing a payment processor

 or 

EXHIBIT 3

http://www.torrentday.com/signup.php                          5/17/2013