Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
Jonathan van Heel, OSB No. 095349
email: jvh@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| VOLTAGE PICTURES, LLC, | Case No.: 3:13-cv-00839-AA |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF'S MOTION TO RELEASE SUBPOENAED INFORMATION ON DOE # 7 / DOE, a/k/a IP 67.168.196.52 |
| DOE, a/k/a IP 67.168.196.52 | |
| Defendant. | EXPEDITED HEARING REQUESTED |
| VOLTAGE PICTURES, LLC, | Case No.: 3:13-cv-00295-AA |
| Plaintiff, | |
| v. | PLAINTIFF'S MOTION TO RELEASE SUBPOENAED INFORMATION ON DOE # 7 / DOE, a/k/a IP 67.168.196.52 |
| DOES 1-371 | |
| Defendants. | EXPEDITED HEARING REQUESTED |

PLAINTIFF'S MOTION TO RELEASE SUBPOENAED INFORMATION ON
DOE #7 / DOE, a/k/a IP 67.168.196.52

On February 21, 2013, in Case No. 3:13-cv-00295, plaintiff filed a motion pursuant to FRCP 26 and 45 to obtain the identity of a number of subscribers affiliated with a series of Internet Protocol ("IP") addresses used to identify several Doe defendants. On February 22, this court granted plaintiff leave for such discovery. On April 16, 2013 and through counsel, Doe #7 anonymously filed its motion to quash. Case No. 3:13-cv-00295-AA, Doc. 21. Plaintiff responded to Doe #7's motion to quash on

April 26, 2013. Case No. 3:13-cv-00295-AA, Doc. 55. On May 4, this court ordered all Doe defendants beyond Doe #1 severed and dismissed and quashed all outstanding subpoenas, directing plaintiff to proceed against such further defendants individually. Case No. 3:13-cv-00295-AA, Doc. 78. Plaintiff has since filed a subsequent case against former Doe # 7 – Case No. 3:13-cv-00839-AA. This motion is being filed in both cases to ensure that all parties and the court are fully apprised of the relief requested.

At the time of the May 4 order quashing all outstanding subpoenas, the Internet Service Provider for Doe #7, Comcast, had not yet released information identifying the subscriber affiliated with the IP address used by Doe #7 in the complaint, namely, IP address 67.168.196.52, though such information is now apparently available.

Pursuant to the orders of this court and for the reasons argued in plaintiff's opposition to the motion to quash (Case No. 3:13-cv-00295-AA, Doc. 55), plaintiff now moves this Court for an Order permitting Comcast to release to plaintiff the subscriber information associated with the IP address of the original Doe #7, specifically the subscriber information for:

IP:  67.168.196.52          Date and time: 12/8/12 05:52:39 AM UTC

Plaintiff also requests leave to issue such further subpoenas pursuant to FRCP 45 as may be needed to specifically identify the Doe defendant. Any such information obtained will be used solely for protecting and enforcing plaintiff's rights as set forth in the Complaint filed in Case No. 3:13-cv-00839-AA.

DATED:  June 13, 2013        /s/ J.T. van Heel
                             Jonathan T. van Heel, OSB No. 095349
                             email: jvh@kite.com
                             Crowell Law
                             P.O. Box 923
                             Salem, OR 97308
                             (503) 581-1240