Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
Jonathan T. van Heel, OSB No. 095349
email: jvh@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DOE, a/k/a IP 67.168.196.52<br><br>  Defendant. | Case No.:  3:13-cv-00839-AA<br><br>PLAINTIFF'S *EX PARTE* MOTION TO EXPEDITE DISCOVERY;<br>MEMORANDUM OF LAW;<br>[PROPOSED] ORDER<br><br>EXPEDITED HEARING REQUESTED |

PLAINTIFF'S EX PARTE MOTION TO EXPEDITE DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26 and 45, plaintiff hereby moves this Court *ex parte* for an Order permitting plaintiff to take limited discovery to ascertain the identity of the defendant affiliated with internet protocol ("IP") address 67.168.196.52 prior to the Rule 26(f) conference for the reasons stated in its accompanying Memorandum of Law.

Plaintiff requests a hearing on this matter on an expedited basis.

DATED: June 25, 2013      /s/  Jonathan T. van Heel
                          Jonathan T. van Heel, OSB No. 095349
                          email: jvh@kite.com
                          Crowell Law
                          P.O. Box 923
                          Salem, OR 97308
                          (503) 581-1240