Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| VOLTAGE PICTURES, LLC, | Case No.: 3:13-cv-00839-AA |
|---|---|
| Plaintiff, | PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND IDENTIFY DOE DEFENDANT |
| v. | |
| DOE, a/k/a IP 67.168.196.52 | |
| | FRCP 6(b) |
| Defendant. | |

**PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF TIME**

   Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiff respectfully requests an enlargement of time to continue discovery to ascertain the identity of the Doe Defendant and herein reports on the current status of discovery to date.

   On June 26, 2013 this court granted plaintiff's motion for the release of the identity for the subscriber to IP address 67.168.196.52.  The court further directed that the pending complaint be amended or a further extension of time be sought within 20 days.  On the day of the court's order a copy of the relevant order and supporting documents were submitted to ISP Comcast.  As of today, July 15,(day 19) ISP Comcast has not yet responding to the court's order, though I am informed the request has been processed and the identity of the subscriber should be received by my office this week.

Plaintiff requests leave for an additional thirty (30) days to conduct further discovery, allowing for plaintiff to contact the subscriber and ascertain wither the subscriber is a proper named defendant, or if necessary conduct further discovery to identify the proper defendant.

Plaintiff agrees to either amend the complaint or request additional time as may be necessary at the conclusion of the thirty (30) days.

Respectfully submitted this 15th Day of July, 2013.

/s/ Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
Crowell Law
P.O. Box 923
Salem, OR 97308
(503) 581-1240