Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DOE, a/k/a IP 67.168.196.52 <br><br> Defendant. | Case No.: 3:13-cv-00839-AA <br><br> NOTICE OF WITHDRAWAL OF COUNSEL <br><br> LR 83-11(b) |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83-11(b) notice is provided of the withdrawal of Jonathan T. van Heel, OSB No. 095349, formerly of Crowell Law.

Carl D. Crowell remains counsel of record for plaintiff.

DATED: July 15, 2013

Of attorneys for the plaintiff

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
crowell@kite.com
Crowell Law
(503) 581-1240