Carl D. Crowell, OSB No. 982049
email: crowell@kite.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| VOLTAGE PICTURES, LLC, | Case No.: 3:13-cv-00839-AA |
| Plaintiff, | CERTIFICATE OF MAILING |
| v. | |
| HUNTER HARWOOD, (former DOE, a/k/a IP 67.168.196.52) | |
| Defendant. | |

    I, Carl D. Crowell, counsel for plaintiff in this matter, certify on this day I deposited with the U.S. Mail and transmitted by email the following documents addressed to the defendant's addresses as indicated:

    COMPLAINT W/ EXHIBITS (DOC. 1)
    CIVIL CASE ASSIGNMENT ORDER (DOC. 2)
    NOTICE OF JUDICIAL REASSIGNMENT (DOC. 3)
    FIRST AMENDED COMPLAINT (DOC. 14)
    SUMMONS (DOC. 16)
    AFFIDAVIT OF SERVICE (Indicating substitute service on co-occupant, August 29, 2013, 12:10 p.m.)

Mailing Address:

    Hunter Harwood
    3655 NW Thurman St.
    Portland, OR 97210

Email:

    hharwood@usa.net

Dated this 2nd day of September, 2013.

                                                     */s/  Carl D. Crowell*
                                                     Carl D. Crowell, OSB No. 982049
                                                     email:  crowell@kite.com
                                                     Crowell Law
                                                     P.O. Box 923
                                                     Salem, OR 97308
                                                     (503) 581-1240